UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

COMPAGNIE NOGA D'IMPORTATION ET
D'EXPORTATION S.A.,

               Plaintiff,

     - against -

THE RUSSIAN FEDERATION,

               Defendant.

-------------------------------------------------------------- X

00 CIVIL 0632 (WHP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2008

     Plaintiff having moved to confirm and enforce the Arbitration Awards and to domesticate and enforce the Swedish court judgments, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, thereafter, on August 15, 2008, having rendered its Memorandum and Order denying plaintiff's motion to confirm the Arbitration Awards against defendant, incorporating by reference that portion of the Court's September 19, 2002 Order granting the motion to domesticate the Swedish judgments in New York and Kentucky subject to a set-off, and directing the Clerk of the Court to terminate all pending motions and close this action, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 15, 2008, plaintiff's motion to confirm the Arbitration Awards against defendant is denied; the motion to domesticate the Swedish judgments in New York and Kentucky is granted subject to a set-off; all pending motions are terminated; and this action is closed.

**DATED:**    New York, New York
             September 15, 2008

                                       J. Michael M. Ma
                                       **Clerk of Court**

**SO ORDERED:**                                BY:

WILLIAM H. PAULEY III U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____